IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY RASHAN LEWIS | : | CIVIL ACTION |
| v. | : | |
| WILLIAMS J. WOLFE, et al. | : | NO. 13-7269 |
| RODNEY LEE WALTON | : | CIVIL ACTION |
| v. | : | |
| LOUIS FOLINO, et al. | : | NO. 13-7689 |

ORDER

AND NOW, this 13th day of April, 2017, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motions of respondents for stay pending appeal are DENIED.

BY THE COURT:


/s/ Harvey Bartle III
J.