```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY RASHAN LEWIS           :    CIVIL ACTION
                               :
         v.                    :
                               :
WILLIAMS J. WOLFE, et al.      :    NO. 13-7269
_____  :    _____

RODNEY LEE WALTON              :    CIVIL ACTION
                               :
         v.                    :
                               :
LOUIS FOLINO, et al.           :    NO. 13-7689
```

## ORDER

AND NOW, this 17th day of May, 2017, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motions of respondents to alter judgment are DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                              J.